COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-421-CV

RONALD J. HOLLEMAN
 
APPELLANT

V.

DAUGHERTY HOMES, INC. DBA FREEDOM HOMES, INC.
 APPELLEE

 
 

----------

FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s request to withdraw the notice of appeal. It is the court’s opinion that the request should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  January 7, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.